UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BONNIE AMON                              *

    Plaintiff                             *
                                             Civil Action #: WDQ 10CV2227
v.                                       *

BELLE GROVE MHP, LLC                     *

                  **********

## STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, hereby dismiss with prejudice all

claims asserted in the above-captioned case.

Bernard T. Kennedy
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
443-607-8901

Mark T. Mixter
Law Offices of Mark T. Mixter
20 S. Charles Street/9th Floor
Baltimore, Maryland 21201
(410) 539-8415