UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 NOV -5  A 11: 53

CLERK'S OFFICE
AT BALTIMORE

BONNIE AMON                      *

   Plaintiff                     *

v.                               *     Civil Action #: WDQ 10CV2227   BY_____ DEPUTY

BELLE GROVE MHP, LLC             *

\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

The parties, by their undersigned counsel, hereby dismiss with prejudice all claims asserted in the above-captioned case.

_____
Bernard T. Kennedy
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
443-607-8901

_____
Mark T. Mixter
Law Offices of Mark T. Mixter
20 S. Charles Street/9th Floor
Baltimore, Maryland 21201
(410) 539-8415

"APPROVED"

_11/5/10_____
Date

_____
William D. Quarles,
United States District Jr.